United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE DO, | No. C-10-05782 DMR |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| SOUTHEAST ASIAN FOOD, et al., | |
| Defendants. | |
| _____/ | |

On December 29, 2010, Plaintiff Le Do and Defendants Southeast Asian Food Products, Kevin Trieu, and Trinh To Luu filed a Stipulation and Proposed Order for Remand ("Stipulation"). *See* Docket No. 5. On January 10, 2011, all parties filed signed consents to the jurisdiction of a Magistrate Judge pursuant to Title 28, U.S.C. section 636(c). *See* Docket Nos. 8 & 9. Therefore, pursuant to the parties' Stipulation, the Court hereby remands this case to the Superior Court of the State of California, County of San Francisco, for all further proceedings.

IT IS SO ORDERED.

Dated: January 11, 2011

_____
DONNA M. RYU
United States Magistrate Judge